IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIR MAMAN, on behalf of himself and all other similarly situated consumers,<br>　　　　Plaintiff<br><br>v.<br><br>ACTION COLLECTION AGENCIES, INC.,<br>　　　　Defendant | CIVIL ACTION<br><br>NO. 2:21-cv-03755-ENV-AYS<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between Plaintiff, Nir Maman, and counsel for Defendant, Action Collection Agencies, Inc., that the above-captioned matter is dismissed with prejudice and without costs and fees to either party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

| ADAM J. FISHBEIN, P.C. | KAUFMAN DOLOWICH & VOLUCK, LLP |
|---|---|
| By: */s/ Adam J. Fishbein*<br>ADAM J. FISHBEIN, ESQUIRE<br>735 Central Avenue<br>Woodmere, NY  11598<br>(v) 516-668-6945<br>fishbeinadamj@gmail.com<br>Attorneys for Plaintiff | By: /s/ Richard J. Perr<br>RICHARD J. PERR, ESQUIRE<br>Four Penn Center<br>1600 JFK Blvd, Suite 1030<br>Philadelphia, PA  19103<br>(v) 215-501-7002; (f) 215-405-2973<br>rperr@kdvlaw.com<br>Attorneys for Defendant |
| Dated: _____12.20.2021_____ | Dated: _12/20/2021_____ |

**SO ORDERED:**

*/s/s Eric N. Vitaliano*
_____
　　　　　　　　**U.S.D.J.**

4871-5298-7911, v. 1

{01380496;v1}　　　　　　　*The clerk is directed to close the case.*